

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2622

October 10, 2019

Hon. Daniel J. Stewart
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway – 4th Floor
Albany, NY 12207

Re:   *Wiley v. SUNY Plattsburgh, et al.*
      18-CV-1399 (GLS)(DJS)

Dear Magistrate Stewart:

    I respectfully request – with the consent of plaintiff's counsel in this matter - that the time to respond to the Complaint on behalf of SUNY Plattsburgh and John Ettling be extended to October 25, 2019.

    Thank you for your consideration of this matter.

Respectfully yours,

/s/ *Keith J. Starlin*

Keith J. Starlin
Assistant Attorney General
Bar Roll No. 105187
keith.starlin@ag.ny.gov

October 10, 2019
Page 2

cc: Mimi C. Satter  (via CM/ECF)
Satter Law Firm, PLLC
   *Attorney for plaintiff*
217 South Salina Street
6th Floor
Syracuse, NY 13202
315-471-0405
Fax: 315-471-0405
Email: msatter@satterlaw.com